# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANTHONY B. WILLIAMSON**                                            **PLAINTIFF**
**ADC #109343**

vs.                    **NO. 4:21CV00034 SWW**

**ARKANSAS STATE CRIME**                            **DEFENDANTS**
**LABORATORY,** *et al***.**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 24th day of February, 2021.

                                                                /s/Susan Webber Wright
                                                                UNITED STATES DISTRICT JUDGE